**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ASPHALT PAVING SYSTEMS, INC.<br><br>Defendant. | Case No. 8:23-cv-02169-JLB-UAM |

**JOINT MOTION FOR APPROVAL OF CONSENT DECREE**

Pursuant to Federal Rule of Civil Procedure (7)(b)(1), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), Intervenor Plaintiffs Michael Cheaves, Anthony Clemons, David Cooper, Freddrick Cooper, Broderick Curney, Olusoga Davis, Kendall Gadson, Joseph Haynes, Alvin Matooram, Willie Moore III, David Whipper, Jack Cornell Youmans, Deron Peterson, John Stephens, and David Belvin ("Intervenor Plaintiffs"), and Defendant Asphalt Paving Systems, Inc. ("Defendant") hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for the motion, the parties state as follows:

1. EEOC commenced this action on September 26, 2023 against Defendant alleging violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq. ("Title VII"). (Doc. 1). EEOC filed an Amended Complaint on November 13, 2023. (Doc. 17).

1

2. Intervenor Plaintiffs filed an intervenor complaint in this matter on December 19, 2023. (Doc. 24). Intervenor Plaintiffs filed an amended intervenor complaint in this matter on March 1, 2024. (Doc. 35).

3. EEOC's Amended Complaint alleged that Defendant discriminated against Intervenor Plaintiffs by subjecting them to a hostile work environment on the basis of their race. Defendant denies these allegations and admits no wrongdoing or violation of the law.

4. As a result of having engaged in comprehensive settlement negotiations, the parties agreed to resolve this action in its entirety upon the terms reflected in the executed Consent Decree, attached as **Joint Exhibit A**. The attached Consent Decree reflects the terms of the monetary and injunctive relief to which the parties have agreed after contemplating the specific facts of this case.

5. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Federal Rule of Civil Procedure 65(d) in that it states the reason why it is issued, provides specific terms that the parties must comply with, and describes in detail the acts restrained and required.

6. The entry of the Consent Decree will further the objectives of Title VII and will be in the best interests of Intervenor Plaintiffs, Defendant, and the public.

Dated: July 29, 2024         Respectfully submitted,

                                           */s/ Lucas B. Michelen*
                                           Lucas B. Michelen
                                           New York Bar No. 5606868
                                           U.S. EQUAL EMPLOYMENT

OPPORTUNITY COMMISSION
Tampa Field Office
501 E. Polk Street, 10th Floor
Tampa, Florida 33602
Phone: (813) 710-9378
Fax: (813)228-2841
Lucas.michelen@eeoc.gov

*Attorneys for Plaintiff EEOC*

/s/ Rebeca Martinez Sicari
Rebeca Martínez Sicari
Florida Bar No. 1026814
NS PR LAW SERVICES, LLC
1302 Avenida Ponce de Leon
Santurce, PR 00907
Phone:  (787) 493-5088
rmartinez@nsprlaw.com

*Attorneys for Intervenor Plaintiffs*


/s/Kelsey N. Ortiz
Barry A. Postman
Florida Bar No. 991856
Kristyne E. Kennedy
Florida Bar No. 194700
Kelsey N. Ortiz
Florida Bar No. 1010647
COLE, SCOTT & KISSANE, P.A.
1900 Summit Tower Blvd., Suite 400
Orlando, Florida, 32810
Tampa, FL 33602
Phone: (813)318-5700
Fax: (813)318-5900
Barry.Postman@csklegal.com
Kristyne.Kennedy@csklegal.com
Kelsey.Ortiz@csklegal.com

*Attorneys for Defendant*

3